No. 81–2352. JOFFIN v. SPAIN. Appeal from Ct. App. Ohio, Trumbull County, dismissed for want of substantial federal question. JUSTICE WHITE would note probable jurisdiction and set case for oral argument.

No. 82–5100. GHOLSTON v. MARTIN ET AL. Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question. JUSTICE WHITE would note probable jurisdiction and set case for oral argument.

No. 81–2375. EVANS v. ARIZONA CORPORATION COMMISSION ET AL. Appeal from Ct. App. Ariz. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 81–6779. WILLIAMS v. INDIANA. Appeal from Sup. Ct. Ind. dismissed for want of substantial federal question.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would vacate the death sentence in this case.

No. 81–2080. RUSSELL STOVER CANDIES, INC. v. DEPARTMENT OF REVENUE OF MONTANA. Appeal from Sup. Ct. Mont. Judgment vacated and case remanded for further consideration in light of *F. W. Woolworth Co.* v. *Taxation and Revenue Dept. of N. M.*, 458 U. S. 354 (1982), and *ASARCO Inc.* v. *Idaho State Tax Comm'n*, 458 U. S. 307 (1982).